# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

        Plaintiff,

and                                                                Civ. No. 09-729 (RHK/RLE)
                                                                    **ORDER**

James Edstrom,

        Plaintiff-Intervenor,

v.

Hibbing Taconite Company,

        Defendant.

       This matter is before the Court *sua sponte*.

       The parties have now filed their Motions *in limine*, pursuant to the Court's May 20, 2010 Order for the Submission of Trial Materials (Doc. No. 120), as well as their responses in opposition to each other's Motions. The Court reminds the parties that in accordance with the May 20 Order and District of Minnesota Local Rules 7.1 and 39.1, no further submissions on the Motions *in limine* – whether by memorandum, affidavit, letter, or otherwise – shall be permitted absent further Order of the Court.

Dated: July 16, 2010                                              s/Richard H. Kyle
                                                                             RICHARD H. KYLE
                                                                              United States District Judge