UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

        Plaintiff,

and

James Edstrom,

        Plaintiff-Intervenor,

v.

Hibbing Taconite Company,

        Defendant.

Civ. No. 09-729 (RHK/RLE)
**ORDER**

This matter is before the Court *sua sponte*.

The Court previously indicated that it intended to hold a Motion hearing and a final pre-trial conference on either Thursday, July 22, 2010, or Friday, July 23, 2010, depending on the number and scope of the parties' Motions *in limine*. The parties have now filed 21 such Motions. Having preliminarily reviewed the Motions and the parties' other pre-trial submissions, **IT IS ORDERED** that a hearing on the Motions and a final pre-trial conference will be held at 10:00 am on Thursday, July 22, 2010, in Courtroom 2 (the Bankruptcy Courtroom) on the 4th floor of the Gerald W. Heaney Federal Building and United States Courthouse and Customhouse, 515 West First Street, Duluth, Minnesota. At that hearing, the parties should be prepared to address the Motions *in limine* and their plans for the presentation of electronic evidence at trial, given the

available equipment in, and the physical layout of, the courtroom.  The Court does not intend to address at the hearing the parties' objections to deposition designations or proposed exhibits, except to the extent they overlap with the Motions *in limine*.  Such objections will, instead, be addressed by the Court if/when they arise at trial.

The Court advises the parties that they should be prepared to make their opening statements and begin the evidentiary portion of the case immediately following jury selection on Friday, July 23, 2010.  However, the Court intends to adjourn that day sometime in the mid-afternoon (*i.e.*, before the "typical" 4:30 pm end of a trial day).


Dated: July 16, 2010
s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge