UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Equal Employment Opportunity
Commission,

                      Plaintiff,        Civ. No. 09-729 (RHK/RLE)
                                              **ORDER FOR JUDGMENT**

and

James Edstrom,

                      Plaintiff-Intervenor,

v.

Hibbing Taconite Company,

                      Defendant.

---

This matter having been tried to a jury from July 23, 2010, to July 30, 2010, and the jury having returned a general verdict that Defendant did not discriminate against Plaintiff-Intervenor James Edstrom, **IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 58(b), that the Clerk of Court enter judgment in favor of Defendant on the claims of Plaintiff and Plaintiff-Intervenor and that Plaintiff's Complaint (Doc. No. 1) and Plaintiff-Intervenor's Complaint (Doc. No. 23) be **DISMISSED WITH PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2010                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge